JOSEPH DE MATTEIS, Respondent, v. McGOLRICK REALTY COMPANY, INC., and HARRY J. O'MEARA, Appellants. PEEKSKILL MOTOR BUS CORPORATION and Another, Defendants.— Order granting plaintiff's motion for an injunction pendente reversed upon the law and the facts, with ten dollars costs and disbursements,

* Revd., 255 N. Y. 520.

and motion denied, with ten dollars costs, upon the ground that there is a conflict of facts which requires a trial upon which the merits may be determined. In view of this conflict an injunction *pendente lite* should not have been granted. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.